UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PABLO PRIETO, et al.,<br><br>    Defendants. | Case No. EDCV 10-811 PSG(JC)<br><br>ORDER RE: SERVICE OF PROCESS BY U.S. MARSHAL |

IT IS HEREBY ORDERED:

1. The United States Marshal is ordered to serve the summons and complaint as indicated on the concurrently filed Order Directing Service of Process by U.S. Marshal (the "Service Order").

2. The Clerk of the Court is ordered to provide plaintiff with the appropriate number of USM-285 Forms. In order to accomplish the service of process by the U.S. Marshal:

    a) Plaintiff must complete a USM-285 Form for <u>each</u> defendant listed in the Service Order and send the completed forms to the Clerk of the Court.

    b) Only a defendant named in the Service Order can be included on a USM-285 Form.

     c)     Each completed form must contain the name of only one defendant and must include the first and last name of such defendant, as well as the defendant's identification number, if available.

     d)     Plaintiff must provide a complete street address where each defendant can be served, together with any special instructions or other information that may assist in expediting service, such as whether the defendant works in a specific part of the building or whether the defendant works an evening shift. A post office box number is <u>not</u> acceptable.

     e)     Plaintiff must specify whether the defendant is being served as an individual or in his/her official capacity. If the court has authorized service of a defendant in *both* his/her official capacity *and* his/her individual capacity, plaintiff must complete two forms for such a defendant – one which reflects the defendant is being served in his/her official capacity, and one which reflects the defendant is being served in his/her individual capacity. If the defendant is being served in his/her official capacity, plaintiff must also indicate the defendant's official title on the form.

     f)     Plaintiff must sign each USM-285 Form.

     3.     Plaintiff shall file a Notice of Submission on or before October 27, 2010, indicating that the completed USM-285 Forms have been provided to the Clerk of the Court. The form for this Notice of Submission is attached to this Order. Plaintiff is cautioned that the failure timely to provide completed USM-285 Forms and/or to file a Notice of Submission may result in the dismissal of this action based upon plaintiff's failure to comply with this Court's Order and/or plaintiff's failure to prosecute.

///
///
///
///
///

4. Upon receipt of the completed USM-285 Forms from plaintiff, the Clerk is directed to provide the U.S. Marshal with the completed forms along with the original summons and the appropriate number of copies of the complaint, the summons, the Service Order, and the instant Order.

DATED: October 7, 2010

                                                /s/

Honorable Jacqueline Chooljian
UNITED STATE MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, ) | Case No. EDCV 10-811 PSG(JC) |
| Plaintiff, ) | |
| ) | NOTICE OF SUBMISSION OF |
| v. ) | DOCUMENTS TO CLERK OF COURT |
| PABLO PRIETO, et al., ) | |
| Defendants. ) | |

Plaintiff hereby states, under penalty of perjury, that he has complied with the Order Re Service of Process by U.S. Marshal, dated October 7, 2010.  On _____, plaintiff sent the following to the Clerk:

_____ completed USM-285 Form(s)
(number)

Plaintiff further states under penalty of perjury that plaintiff has not requested service by the U.S. Marshal upon any person other than those listed in the Order Directing Service of Process by U.S. Marshal.

DATED: _____

_____
PLAINTIFF, IN PRO PER