UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>PABLO PRIETO, et al.,<br><br>          Defendants. | Case No. EDCV 10-811 PSG(JC)<br><br>ORDER DIRECTING SERVICE OF PROCESS BY U.S. MARSHAL |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915 and has been ordered to provide completed USM-285 Forms to the Clerk.  The Clerk has been directed to provide the completed USM-285 Forms and other appropriate documents to the U.S. Marshal.  Accordingly the Court hereby orders:

1. The following defendant(s) are to be served without prepayment of costs:

| **Defendant** | **Individual Capacity** |
|---|:---:|
| Pablo Prieto | x |
| J. Halstead | x |
| Richard Bourn | x |

2. Within ten (10) days of the receipt of properly completed USM-285 Forms for the defendants listed in this order and the other required documents, the U.S. Marshal is directed to notify defendants listed in this order of the commencement

of this action, and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).  The U.S. Marshal shall also provide a copy of this order to defendants and notify defendants subject to service under Fed. R. Civ. P. 4(e), (f), or (h), that if waiver of service is not accepted, defendants may be taxed with the costs of personal service.

      3.     The U.S. Marshal is directed to retain the sealed summons and a copy of the complaint in the U.S. Marshal's file for future use.

      4.     The U.S. Marshal shall file returned waivers of service as well as any requests for waivers of service which are returned as undelivered, as soon as they are received.

      5.     If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing the request for waiver, the U.S. Marshal shall personally serve process and a copy of this order upon each defendant pursuant to Fed. R. Civ. P. 4 and 28 U.S.C. § 566(c).[1]

      6.     Within ten (10) days of service being effected, the U.S. Marshal shall file the return of service for the defendant served along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on the defendant.  Costs shall be enumerated on the USM-285 Form and shall include the costs incurred by the U.S. Marshal for photocopying additional copies of the summons and complaint and for preparing new USM-285 Forms, if required.  **Costs of service will be taxed against the personally served defendants who are subject to service under Fed. R. Civ. P. 4(e), (f) or (h), in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).**

---

[1] In effecting service, the U.S. Marshal shall also serve the United States by: (a) delivering a copy of the summons and complaint and this order to the U.S. Attorney for the Central District of California or his authorized designee or sending a copy of the summons and complaint by registered or certified mail to the civil process clerk at the U.S. Attorney's Office; and (b) sending a copy of the summons and complaint and this order by registered or certified mail to the Attorney General of the United States in Washington, D.C.

7. Defendants shall respond to the complaint within the time period provided by the applicable provisions of Fed. R. Civ. P. 12.

DATED: October 7, 2010

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE