FILED
CLERK, U.S. DISTRICT COURT

OCT 1 3 2010

CENTRAL DISTRICT OF CAL...
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JEREMY PINSON,

                Plaintiff,

        v.

PABLO PRIETO, et al.,

                Defendants.

Case No. EDCV 10-811 PSG(JC)

NOTICE OF SUBMISSION OF
DOCUMENTS TO CLERK OF COURT

Plaintiff hereby states, under penalty of perjury, that he has complied with the Order Re Service of Process by U.S. Marshal, dated October 7, 2010.   On 10-13-10 , plaintiff sent the following to the Clerk:

    3
    (number)    completed USM-285 Form(s)

Plaintiff further states under penalty of perjury that plaintiff has not requested service by the U.S. Marshal upon any person other than those listed in the Order Directing Service of Process by U.S. Marshal.

DATED:     10-13-10

PLAINTIFF, IN PRO PER