United States District Court
Central District of California

Jeremy Pinson,
Plaintiff,

v.

Case No. EDCV 10-811-PSG-JC

Pablo Prieto, et al.
Defendants

EMERGENCY
Motion For Preliminary Injunction, Contempt Finding

Comes Now Jeremy Pinson pro se pursuant to Rule 65 Fed.R.Civ.P. and seeks a preliminary injunction enjoining the Defendants and those acting in concert with them from any retaliatory acts which endanger Plaintiff's health such as (1) witholding siezure medication, (2) housing Plaintiff alone as an epileptic, (3) transferring Plaintiff to ADX Florence.

FACTS

Plaintiff filed this action pursuant to the doctrin

1

announced in *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) for violations of his constitutional rights. (Doc. 1). Plaintiff suffers from epilepsy. (Ex. 1, Decl. of Jeremy Pinson). Plaintiff has had siezures before which resulted in serious injury necessitating emergency medical care. (Exhibit 2). Plaintiff was prescribed an anti-epileptic medication and assigned a cellmate as precautionary measures prior to filing this action. (Ex. 1). Prison officials have now assigned Plaintiff to solitary confinement, discontinued the anti-siezure medication and referred Plaintiff to ADX Florence in retaliation for the Plaintiff's legal activities. (Ex. 1); (Exhibits 3-5). These actions have severely jeopardized Plaintiffs health. (Ex. 1). Plaintiff could die as a result of these actions. (Id

## Legal Analysis

Retaliation is statutorily prohibited. See 42 USC 1997d. It also violates the First Amendment if done in response to an inmate exercising a constitutionally protected right. See, e.g.: Peterson v. Shanks, 149 F.3d 1140, 1144 (10th Cir. 1998); Hart v. Hairston, 343 F.3d 762 (5th Cir. 2003); Farrow v. West, 320 F.3d 1235 (11th Cir. 2003). Filing a lawsuit is a constitutionally protected right. See: Bounds v. Smith, 430 U.S. 817 (1974) also Christopher v. Harbury, 536 U.S. 403 (2002).

A district court may issue a preliminary injunction to protect prisoners who are retaliated against. See, e.g.: Valvano v. McGrath, 325 F.Supp. 408 (E.D.N.Y. 1970). Here, defendants know Plaintiff is an epileptic and have acted

in a most reprehensible fashion risking Plaintiff's life to scare Plaintiff into ceasing litigation or helping others prepare, file and litigate meritorious claims. (Ex's. 1, 3-5). Deliberate indifference to a serious medical need violates the Eighth Amendment. Estelle v. Gamble, 429 U.S. 97 (1976). Denying siezure medication violates the Eighth Amendment. Hudson v. McHugh, 148 F.3d 859 (7th Cir. 1998). To do so to achieve a chilling effect on litigation is not only unconstitutional, it is criminal and evidences a severe contempt for the Courts and law. Plaintiff could easily die from these retaliatory acts.

### Requested Hearing

Plaintiff seeks a telephonic hearing to present the testimony of inmates James Chatman, Jeremy Moozon,

Antoine Bruce, Carlos Ortiz who will testify about the retaliatory acts they witnessed as well as efforts by prison officials to recruit them to assault Plaintiff over his litigation.

## Conclusion

Wherefore this Court should allow the testimony to be presented, grant this motion in its entirety, or grant such relief as is just and proper.

*Jeremy Pinson*
Jeremy Pinson #16267-064
FCI Talladega
PMB 1000
Talladega, AL, 35160
Plaintiff

Exhibit 1

Declaration of Jeremy Pinson

I declare, certify and state as follows:

1. I am an inmate in the custody of the Federal Bureau of Prisons ("BOP").

2. I have had epilepsy since childhood. Because of my condition I have seizures resulting in severe convulsions which have on numerous occasions caused me life threatening injuries needing emergency hospitalization.

3. I cannot be housed alone or without constant direct supervision because if I have a seizure there will be noone to activate the duress alarm in my cell to alert staff to a medical emergency, or to stabilize my body during convulsions to prevent brain trauma or other serious injury due to the concrete and metal construction of the cell.

4. Throughout my incarceration I've been prescribed anti-epilepsy seizure control drugs such as epilepsy and been assigned a cellmate as precautionary measures in the event of a seizure.

5. Recently prison officials stopped prescribing me dilantin, assigned me to solitary confinement where I'm housed alone at all times and referred me to ADX Florence

6. Staff are assigned to an office of the unit that is over 200 feet from Plaintiff's cell and has no direct supervision of Plaintiff. Due to the general noise of the unit staff could not hear Plaintiff if he had a siezure.

7. I have questioned several staff about these sudden changes and they have all told me I have been targeted due to my litigation. Staff have spoken apologetically knowing my health is in jeopardy but say the decision is "over (their) pay grade".

8. My life is in imminent danger as a result of prison officials' actions.

Executed under penalty of perjury under 28 USC 1746.

Jeremy Pinson

Exhibit 2

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PINSON, JEREMY | Sex: M | Reg #: 16267-064 |
| Date of Birth: 02/06/1986 | | Race: WHITE |
| Encounter Date: 08/01/2008 23:04 | Provider: Hightower, Sylvia RN | Facility: HOU |

Emergency encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    INJURY 1    Provider: Hightower, Sylvia RN
    Date of Injury: 08/01/2008 22:30    Date Reported for Treatment: 08/01/2008 22:35
    Work Related: No    Work Assignment: SHU UNASSG, SHU UNASSG
    Where Did Injury Happen (Be specific as to location):
        SHU ZE 129
    Cause of Injury (Inmate's Statement of how injury occurred):
        "I was walking back and forth in my room listening to the radio and that was the last thing I remembered."
    Symptoms (as reported by inmate):
        Pain, fatigue

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/01/2008 | 23:05 | 86 | Brachial | Regular | Hightower, Sylvia RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/01/2008 | 23:05 HOU | 22 | Hightower, Sylvia RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/01/2008 | 23:05 HOU | 132/75 | Left Arm | Lying | Adult-large | Hightower, Sylvia RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/01/2008 | 23:05 HOU | 98 | Room Air | Hightower, Sylvia RN |

Exam:

**ASSESSMENT:**

    Bleeding-Traumatic
    Inmate found laying face down in SHU ZE129 surrounded by a pool of blood. Unresponsive to verbal commands, sputum white and foamy, bilateral eyelids flickering spontaneously, strong steady pulse, and breath sounds even and unlabored. Inmate placed on gurney while ensuring patent airway and transported down to medical. After approximately 6-8 minutes inmate became responsive to verbal commands. Vital signs stable. Small laceration noted to left side of mid scalp. Inmate states history of seizures. States he has not taken medication in a couple of days because he forgot to turn in his bottle for a refill. Denies headache, dizziness or nausea. States he is tired and wants to go to sleep. Ambulated without difficulty to observation for overnight monitoring.

**PLAN:**

*REVIEWED AUG 0 4 2008 FDC Houston Roberto R. Garza, MD*

| Inmate Name: PINSON, JEREMY | | Reg #: 16267-064 |
|---|---|---|
| Date of Birth: 02/06/1986 | Sex: M | Race: WHITE |
| Encounter Date: 08/01/2008 23:04 | Provider: Hightower, Sylvia RN | Facility: HOU |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/01/2008 | Counseling | Compliance - Treatment | Hightower, Sylvia | Verbalizes Understanding |

Copay Required: No            Cosign Required: No
Telephone/Verbal Order: No

Clinical Encounter completed on PINSON, JEREMY by Hightower, Sylvia RN on 08/01/2008 23:04.

| Inmate Name: | PINSON, JEREMY | | Reg #: | 16267-064 |
| Date of Birth: | 02/06/1986 | Sex: M | Race: | WHITE |
| Encounter Date: | 08/04/2008 14:32 | Provider: Fitzwater, Patrick PA-C | Facility: | HOU |

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Other convulsions | 780.39 | Current | 08/20/2007 | Not Improved/Same | Chronic |

PLAN:

New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Phenytoin ER Capsule | 08/04/2008 14:32 | 4 100mg capsule Orally daily x 180 day(s) -- take four 100mg cap each am for seizures |

Indication: Other convulsions

4AUG08
1538 *illegible*

New Laboratory Requests:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Blood tests-o-p-Phenytoin | One Time | | 08/11/2008 10:00 | Routine |

Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/04/2008 | Counseling | Compliance - Treatment | Fitzwater, Patrick | Verbalizes Understanding |

inmate and PA agreed to increase the dose and draw blood sample

Copay Required: No          Cosign Required: No
Telephone/Verbal Order: No

Clinical Encounter completed on PINSON, JEREMY by Fitzwater, Patrick PA-C on 08/04/2008 14:32.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PINSON, JEREMY | | Reg #: 16267-064 |
| Date of Birth: 02/06/1986 | Sex: M | Race: WHITE |
| Encounter Date: 08/02/2008 13:13 | Provider: Fitzwater, Patrick PA-C | Facility: HOU |

Chronic Care Visit encounter performed at Special Housing Unit.

SUBJECTIVE:
    COMPLAINT 1    Provider: Fitzwater, Patrick PA-C
    Chief Complaint: NEUROLOGY CLINIC
    Subjective: " I want to take my medicine by pill line, sometimes I forget to take them"
    Pain Location:
    Pain Scale:
    Pain Qualities:
    History of Trauma:   No
    Onset:
    Duration:
    Exacerbating Factors:
    Relieving Factors:
    Comments:

OBJECTIVE:

Exam:
    Skin
        Trauma
            Deformity (no), Swelling (no), Hematoma (no), Laceration (no), Abrasion (no), Hemorrhage (no)
              head is atraumatic

ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Other convulsions | 780.39 | Current | 08/20/2007 | Not Improved/Same | Chronic |

PLAN:
Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| HOU-4644 | Phenytoin ER 100 MG Cap<br>Discontinue<br>    Immediate<br>Discontinue Reason: Order changed | 08/02/2008 13:13 | Take three capsules by mouth at bedtime |

New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

4AUG08
1015
[signature]

| Inmate Name: | PINSON, JEREMY | | | Reg #: | 16267-064 |
|---|---|---|---|---|---|
| Date of Birth: | 02/06/1986 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/30/2008 19:13 | Provider: | Hightower, Sylvia RN | Facility: | HOU |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider | Priority |
|---|---|---|---|
| Labs-Fasting | 08/21/2007 | Nurse 01 | Normal |
| Chronic Care Visit | 08/29/2007 | Physician 02 | Normal |
| Injections | 08/30/2007 | Physician 01 | Normal |
| Injections | 09/13/2007 | Physician 01 | Normal |
| Injections | 09/27/2007 | Physician 01 | Normal |
| Injections | 10/11/2007 | Physician 01 | Normal |
| Injections | 10/25/2007 | Physician 01 | Normal |
| Injections | 11/08/2007 | Physician 01 | Normal |
| PPD Reading | 06/01/2008 | Nurse | Normal |

**Medications:**

| Medication | Dosage | Frequency | Route | Duration |
|---|---|---|---|---|
| PHEYTOIN ER | 100MG (TAKE 3 CAPS) | QHS | PO | |
| Comments: | | | | |
| ZANTAC | 150MG | BID | PO | |
| Comments: | | | | |
| REMERON | 30MG | QHS | PO | |
| Comments: | | | | |

**Potential Items For Follow-up:**

Item

Seizure History

Hypertension History

Allergy - Penicillin V Potassium

Current Mental Health Complaint

Current Mental Health Treatment

Current Medical Conditions

Pain in the Teeth or Mouth

Swelling in the Mouth, Jaws, or Neck

Cleared For Food Services:   No

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| PPD Reading | 06/01/2008 00:00 | Nurse |

DECLARATION OF *Damarcus Law*  Exhibit 3

I declare, certify, and state that the following is true and correct:

1. I am over the age of 21 and have information which is relevant to this case.

2. I am an inmate housed in the Federal Bureau of Prisons. I am housed at the Federal Correctional Institution in Talladega, Ala. I am familiar with both inmate Jeremy Pinson and staff involved in the inmate disciplinary process.

3. I personally have been charged numerous times with a violation of BOP regulations, and as a result have participated in the inmate discipline process on serveral occasions. As a result I am intimately familiar with the process and the staff members who administer it.

4. On several occasions I have witnessed staff members use memorandum which are false in furtherance of the disciplinary process to justify extension's of time.

5. On several occasions I personally have requested witnesses or staff representation, only to be told by the DHO Harriet Mitchell that she will not call these individuals because she does not desire to spend the time it would take to make them available. This is a violation of BOP Policy but it is a common practice at FCI Talladega.

6. I have personally observed inmate Pinson interact with the DHO and I have observed the two of them arguing over Pinson requesting staff rep/ witnesses at his hearings. I was personally called as a witness to some of his scheduled hearings, was ready to testify on his behalf but was never pulled out by the DHO to make my statement. Had I been called I would have told the truth, and nothing but the truth.

7. Staff at FCI Talladega routinely ignore BOP policy, or falsify documents to justify their misconduct. I have personally reported this to the DOJ Office of Inspector General to no avail. Noone has been to interview me or requested any further information on these complaints.

8. I will testify as to any subject-matter contained in this declaration if called upon to do so.

Executed under penalty of perjury pursuant to 28 U.S.C. § 1746.

_____
Declarant Signature

Exhibit 9

## Declaration of Jeremy Mouzon

I declare, certify and state as follows:

1. I'm an inmate confined to the BOP.

2. Inmate Jeremy Pinson is a well-known jailhouse lawyer who has helped myself and others file postconviction petitions, appeals and civil rights suits.

3. A few months ago staff told me Pinson was a "rat". I was surprised because staff know this label can get an inmate killed.

4. I have observed staff harass Pinson for months and also Pinson's frustration. I have seen Pinson repeatedly beg for a cellmate and his seizure medication. On one occasion in November the doctor loudly said "Drop the lawsuits and we'll talk".

5. Last week a Lieutenant asked me if I would stab Pinson. I became angry and asked what his issue was. He told me that Pinson had filed too many lawsuits against staff and was telling on inmates. When I told him I wanted no part in it he held his hands up and said "Okay its okay be cool".

Executed 1-6-11 pursuant to 28 USC 1746 under penalty of perjury.

Jeremy Mouzon

Exhibit S

## Declaration of Brooks Terrell

I declare certify and state as follows:

1. I am housed in the BOP serving a sentence of life imprisonment.

2. Last week the SIS Lt. Bowns asked me if I wanted Jeremy Pinson #16267-064 as a cellmate.

3. I asked him what prompted his inquiry and he said staff were upset with Pinson over some type of lawsuit and if I could convince Pinson to stop I could get a good transfer. When he said "convince" he held his fist to his eye indicating fighting.

4. I told him to "get the fuck away from my door" and he laughed saying it didn't matter cause Pinson might soon have a seizure and die anyways.

5. I don't want no part of a staff conspiracy to kill inmate Pinson but I will testify about this if called upon.

Executed 1-8-11 under penalty of perjury pursuant to 28 USC 1746.

Brooks Terrell