# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>        Plaintiff,<br><br>        v.<br><br>PABLO PRIETO, et al.,<br><br>        Defendants. | Case No. ED CV 10-811-PSG (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendants have not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that defendants' Motion to Partially Dismiss the First Amended Complaint be denied without prejudice.

DATED: __December 13, 2011__

                                                     HONORABLE PHILIP S. GUTIERREZ<br>                                                     UNITED STATES DISTRICT JUDGE