United States District Court
Central District of California

Jeremy Pinson,
Plaintiff,

v.

No. ED CV-10-811-PSG (SP)

Pablo Prieto, et al.
Defendants

FILED
CLERK U.S. DISTRICT COURT
APR - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

## Motion to Temporarily Stay the Proceedings

Comes Now the Plaintiff and seeks to stay the proceedings temporarily due to a transfer on 3-30-12 to the U.S. District Court (S.D. Tex. Case No. CR-08-283-H) of Plaintiff on a Writ of Habeas Corpus during which time Plaintiff will have no access to his records in this case, a law library, or materials necessary to litigate.

Wherefore a 30 day stay of the proceedings is requested.

Jeremy Pinson #16267-064
ADX Florence
PO Box 8500
Florence CO 81226

1

Certificate of Service

I certify service of the aforegoing upon counsel for defendants, David Pinchas, on 3-30-12 via U.S. Mail.

_Jeremy Pinson_
Jeremy Pinson

Name: Jeremy Pinson
Reg. No: 11626-064
U.S. PENITENTIARY MAX
P.O. BOX 8500
FLORENCE, CO 81226-8500

330½

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S. District Court
3470 Twelfth Street
Riverside, CA, 92501