United States District Court
Central District of California

Jeremy Pinson,
Plaintiff,

v.

Pablo Prieto, et al.
Defendants

Case No. EDCV-10-811-PSG-SP

## Motion For Leave to File Amended Complaint

Comes Now the Plaintiff pursuant to Fed. R. Civ. P. 15 and seeks leave to file a Second Amended Complaint mailed for the Court's review contemporaneously herewith.

It is So Prayed.

Jeremy Pinson #16267-064
FDC Houston
PO Box 526255
Houston TX 77052
Plaintiff

1

Certificate of Service

I certify service of the aforegoing via U.S. Mail ~~onerulla~~ upon:

David Pinchas
300 N. Los Angeles St. Rm. 7516
Los Angeles CA 90012

on this 7th day of July 2012.

Jeremy Pinson
Jeremy Pinson

2

Jeremy Pinson #16267-064
Federal Detention Center
PO Box 526255
Houston, TX 77052

RECEIVED
2012 JUL 13
CLERK U.S. DISTRICT
CENTRAL DIST
RIVERSIDE
BY _____

LEGAL MAIL

SP

U.S. District Court
3470 Twelfth Street
Riverside, CA, 92501