```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    DAVID PINCHAS
 4  Assistant United States Attorney
    California Bar Number 130751
 5       Federal Building, Suite 7516
         300 North Los Angeles Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2920
 7       Facsimile: (213) 894-7819
         E-mail address: david.pinchas@usdoj.gov
 8
    Attorneys for Defendants
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JEREMY PINSON, | ) | CV 10-0811 PSG (SP) |
| | ) | |
| Plaintiff | ) | EX PARTE APPLICATION FOR |
| | ) | 30-DAY EXTENSION OF |
| v. | ) | DEADLINES |
| | ) | |
| PABLO PRIETO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO PRO SE PLAINTIFF: PLEASE TAKE NOTICE THAT Defendants will, and hereby do, apply for an *ex parte* order extending, by 30 days, the current deadlines in this case including the deadlines for objecting to the Report and Recommendation Denying Defendants' motions to dismiss, the deadline for opposing Plaintiff's objections to the Report and Recommendation, the deadline for responding to Plaintiff's outstanding discovery requests and any deadline for responding to Plaintiff's motion to file a Second Amended Complaint.

As explained in the attached declaration, a question has arisen as to the continued representation of the individual defendants by the United States Attorney's Office for the Central District of California. This issue is being referred to the Department of Justice's Torts Branch and may require the substitution of new counsel for the defendants. The requested extension is the minimum believed to be necessary for a resolution of the representation issues.

This application is made pursuant to Local Rule 7-19 and is based on this notice, the file in this case, attached declaration, and such other evidence as may be presented to the Court in the future.

As set forth in the attached declaration, on July 20, 2012, defense counsel caused to be served on the pro se inmate Plaintiff a letter advising Plaintiff of this application and requesting his position thereon. At this time, the defense does not know Plaintiff's position.

DATED: July 20, 2012

          ANDRÉ BIROTTE JR.
          United States Attorney
          LEON W. WEIDMAN
          Chief, Civil Division
          Assistant United States Attorney

          _____/s/_____
          DAVID E. PINCHAS
          Assistant United States Attorney

          Attorneys for Federal Defendants

DECLARATION OF DAVID PINCHAS

I, DAVID PINCHAS, declare:

1. I am an Assistant United States Attorney and the counsel of record in this action. As such, I am familiar with the files and records in this action. If called upon to testify, I would and could testify from my knowledge as to the following facts.

2. A question has arisen as to the continued ability of the United States Attorney's Office for the Central District of California to represent the individual defendants in this action. This issue is being referred to the United States Department of Justice for resolution. I believe that the requested extension is the minimum necessary for a resolution of the representation issues.

3. On July 20, 2012, I caused to be served on Plaintiff a letter advising him of this application, the reasons therefor and requesting his position thereon. I do not know Plaintiff's position at this time but he has executed an acknowledgment of receipt of the letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 20, 2012 at Los Angeles, California.

/S/
_____
DAVID PINCHAS

PROOF OF SERVICE BY MAILING

      I am over the age of 18 and not a party to the within action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

      On July 20, 2012, I served **EX PARTE APPLICATION FOR 30-DAY EXTENSION OF DEADLINES** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

      Date of mailing: July 20, 2012. Place of mailing: <u>LOS ANGELES, CA</u>.  Person(s) and/or Entity(ies) to Whom by U.S. Mail:

Jeremy Pinson
# 16267-064
US Penitentiary- Administrative Maximum
PO Box 8500
Florence, Colorado 81226

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on: July 20, 2012 at Los Angeles, California.

                                                           <u>/s/ Martha Jimenez</u>

                                                           MARTHA JIMENEZ