United States District Court
Central District of California

Jeremy Pinson,
　　　Plaintiff,

v.

Pablo Prieto, et al.
　　　Defendants

Case No. EDCV-10-811-PSG (SP)

## Motion to hold Defendant BOP in Contempt

Comes Now the Plaintiff and moves this Court to hold defendant Bureau of Prisons in contempt and sanction it for violating the Court's Order (Doc. 61) to provide photocopies.

## Facts

On Oct. 24, 2011 this Court Ordered BOP to provide photocopy services. (Doc. 61). On June 19, 2012 Defendants served a Rule 34 Fed.R.Civ.P. request upon Plaintiff which Plaintiff received June 25, 2012. (Exhibit I, Decl. of Jeremy Pinson). On July 23 Plaintiff identified 592 pages of responsive materials and gave them to Counselor Madison the next day. (Id.) Several days later this Counselor advised Plaintiff he was

1

refusing to make the copies upon approval to do so by BOP legal counsel. (Id.). The Counselor behaved rudely and unprofessionally. (Id.).

## Argument

Prisoners have a right to photocopy services in connection with litigation. See: Jones v. Franzen, 697 F.2d 801 (7th Cir. 1983); Carper v. DeLand, 54 F.3d 613 (10th Cir. 1995).

This Court has refused to appoint counsel and Plaintiff has tolerated numerous efforts by BOP staff to obstruct this litigation including seizure of litigation materials, delays in incoming and outgoing legal mail, confiscation of writing materials, etc. The Plaintiff has endured blatantly false affidavits filed with this Court by defendants mostly because in the absence of rebuttal evidence Plaintiff could know something to be false but not demonstrably so.

In this instance plaintiff cannot ignore the obstructionism for it impedes his ability to comply with the Fed.R.Civ.P. and violates a Court Order. Defense Counsel has an obligation to ensure BOP staff comply with Court Orders and in the absence of such compliance Plaintiff has no recourse but to seek a contempt finding and

2

sanctions to deter prison officials from this type of conduct in the future. Plaintiff has done all possible to resolve this informally to no avail.

Wherefore it is requested BOP be held in contempt and sanctioned.

*Jeremy Pinson*
Jeremy Pinson #16267-064
ADX Florence
PO Box 8500
Florence CO 81226

Certificate of Service

I certify a handwritten copy was served on AUSA David Pinchas via US Mail on 7-30-12.

*Jeremy Pinson*
Jeremy Pinson

EXHIBIT 1

## Declaration of Jeremy Pinson

I declare under penalty of perjury the following is true:

1. On June 19, 2012 AUSA David Pinchas served upon me Defendants' First Set of Requests for Production of Documents and Things.

2. I received the June 19, 2012 discovery request on June 25, 2012 at which time I began a 30 day clock for compliance.

3. On July 19, 2012 I was transferred to ADX where Counselor Richard Madison is responsible for making photocopies.

4. On July 23, 2012 I identified 592 pages of materials responsive to defendants' requests. On July 24, 2012 I gave them to Counselor Madison explaining I needed them copied by July 25th to meet a deadline.

5. On July 27, 2012 Counselor Madison informed me he was refusing to copy the materials and said BOP Attorney Chris Synsvoll "approved the denial". He was extremely rude and walked away abruptly midconversation.

Executed July 29, 2012 pursuant to 28 USC 1746.

*Jeremy Pinson*
Jeremy Pinson

Name: Jeremy Pinson
Reg. No: 16267-064
U.S. PENITENTIARY MAX
P.O. Box 8500  TS7-3D-12
Florence, CO 81226-8500

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2012 AUG -6  AM 10:47

U.S. District Court
3470 Twelfth Street
Riverside CA 92501

