Name and address
John K. Rubiner, Esq., SBN 155208
BIRD, MARELLA
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINCON<br><br>Plaintiff(s)<br>v.<br><br>PABLO PRIETO, J. HALSTEAD,<br>RICHARD BOURN<br><br>Defendant(s). | CASE NUMBER<br><br>CV 10-00811 PSG (SP)<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

RICHARD BOURN          ☐ Plaintiff  ☑ Defendant  ☐ Other _____
_Name of Party_

hereby requests that the Court approve the substitution of   JOHN K. RUBINER
_New Attorney_

as attorney of record instead of   DAVID E. PINCHAS
_Present Attorney_

Dated August 3/, 2012

_Signature of Party/Authorized Representative of Party_

===

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated August 30, 2012

_Signature of Present Attorney_

===

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated Sept. 5, 2012

_Signature of New Attorney_

155208
_State Bar Number_

===

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

---

G-01 (07/12)         REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY