ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID PINCHAS
Assistant United States Attorney
California Bar Number 130751
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920
    Facsimile: (213) 894-7819
    E-mail address: david.pinchas@usdoj.gov

Attorneys for Defendants
Pablo Prieto; Joshua Halstead;
Joseph Norwood; Robert McFadden;
and Bureau of Prisons

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEREMY PINSON, <br><br> Plaintiff <br><br> v. <br><br> PABLO PRIETO, et al., <br><br> Defendants. | ED CV 10-0811 PSG (SP) <br><br> EX PARTE APPLICATION FOR ADDITIONAL 30-DAY EXTENSION OF DEADLINES |

TO THE COURT AND PARTIES OF RECORD: PLEASE TAKE NOTICE THAT Defendants Pablo Prieto, Joshua Halstead, Joseph Norwood, Robert McFadden, and Bureau of Prisons ("Defendants") will, and hereby do, apply for an *ex parte* order extending, by an additional 30 days, the current deadlines in this case including the deadlines for objecting to the Report and Recommendation Denying Defendants' motions to dismiss, the deadlines for opposing Plaintiff's objections to the Report and Recommendation, the deadline for responding to Plaintiff's outstanding discovery

requests and any deadline for responding to Plaintiff's motions to file a Second Amended Complaint, to issue subpoena and to hold the Bureau of Prisons in contempt.

As previously explained, serious questions have arisen as to the continued representation of the defendants by the United States Attorney's Office for the Central District of California. This issue was referred to the Department of Justice's Torts Branch and may require the substitution of new counsel for one or more defendants. The Court has previously granted three extensions. Although defendant Bourn has obtained new counsel, the undersigned has not yet been able to fully resolve the representation issues with respect to the remaining defendants. The undersigned apologizes to the Court and parties for the extended delay in this matter but believes it is necessary to seek additional time because the issue is more complex than originally believed.

This application is made pursuant to Local Rule 7-19 and is based on this notice, the file in this case, attached declaration, and such other evidence as may be presented to the Court in the future.

As set forth in the attached declaration, on October 23, 2012, defense counsel mailed to the pro se inmate Plaintiff a letter advising him of this application and requesting his position thereon. Plaintiff has not yet responded to this letter and thus his position is unknown. It should be noted that Plaintiff has not filed objections to the previous extensions and

he has alleged that he is unable to litigate this case due to his health.  On October 24, 2012, defense counsel emailed John Rubiner, Esq., counsel for defendant Bourn, and provided the same information.  Mr. Rubiner advised that he does not oppose this application.

DATED: October 24, 2012

                                      ANDRÉ BIROTTE JR.
                                      United States Attorney
                                      LEON W. WEIDMAN
                                      Chief, Civil Division
                                      Assistant United States Attorney

                                           */s/ David Pinchas*
                                      DAVID E. PINCHAS
                                      Assistant United States Attorney

                                      Attorneys for Defendants
                                      Pablo Prieto; Joshua Halstead;
                                      Joseph Norwood; Robert McFadden;
                                      and Bureau of Prisons

## DECLARATION OF DAVID PINCHAS

I, DAVID PINCHAS, declare:

1. I am an Assistant United States Attorney and the counsel of record in this action. If called upon to testify, I would and could testify from my knowledge as to the following facts.

2. A serious question has arisen as to the continued ability of the United States Attorney's Office for the Central District of California to represent the defendants in this action. This issue was referred to the United States Department of Justice for resolution. Although defendant Bourn has obtained new counsel, I have not yet been able to fully resolve the representation issues with respect to the remaining defendants. The issue of my ability to represent the remaining defendants has become much more complicated than was originally believed. Accordingly, I believe that the requested extension is necessary.

3. On October 23, 2012, I personally mailed to Plaintiff a letter advising him of this application, the reasons therefor and requesting his position thereon. I have not yet received a response to this letter from the Plaintiff. On October 24, 2012, I emailed John Rubiner, Esq., counsel for defendant Bourn and provided him the same information. Mr. Rubiner advised that he does not oppose this application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 24, 2012 at Los Angeles, California.

/S/
_____
DAVID PINCHAS