ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID PINCHAS
Assistant United States Attorney
California Bar Number 130751
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2920
     Facsimile: (213) 894-7819
     E-mail address: david.pinchas@usdoj.gov

Attorneys for Defendants
Pablo Prieto; Joshua Halstead;
Joseph Norwood; Robert McFadden;
and Bureau of Prisons

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEREMY PINSON, | ) ED CV 10-0811 PSG (SP) |
|         Plaintiff | ) ORDER GRANTING EX PARTE |
|     v. | ) APPLICATION FOR ADDITIONAL ) EXTENSION OF DEADLINES [**SEE** |
| PABLO PRIETO, et al., | ) **CHANGES MADE BY COURT TO** ) **PROPOSED ORDER**] |
|         Defendants. | ) |

   Good cause having been shown, the Defendants' *ex parte* application for an additional extension of all deadlines in this action to January 11, 2013 is GRANTED. Further extensions of these deadlines will not be granted absent a showing of extraordinary

//

//

good cause.  *See* discussion in November 26, 2012 Order Denying Motion to Limit All Extensions.  IT IS SO ORDERED.

Dated: November 26, 2012

                                       /s/
                             THE HONORABLE SHERI PYM
                             UNITED STATES MAGISTRATE JUDGE