O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY PINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>PABLO PRIETO, et al.,<br><br>  Defendants.<br>_____ | Case No. ED CV 10-811-PSG (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the July 2, 2012 Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED: (1) the Motion to Dismiss filed by defendant Bureau of Prisons is granted, defendant Bureau of Prisons is dismissed from this action, and plaintiff's requests for declaratory and injunctive relief are stricken from the First Amended Complaint; and (2) the Motion to Dismiss filed by defendants Robert McFadden and Joseph Norwood is denied. Defendants

McFadden and Norwood are ordered to answer the First Amended Complaint within fourteen days of this Order.

DATED: __February 1, 2013	_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE