1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JEREMY PINSON,                    )   Case No. ED CV 10-811-PSG (SP)
                                        )
12              Plaintiff,             )
                                        )
13         v.                          )   **ORDER ACCEPTING FINDINGS AND**
                                        )   **RECOMMENDATION OF UNITED**
14   PABLO PRIETO, et al.,             )   **STATES MAGISTRATE JUDGE**
                                        )
15              Defendants.            )
                                        )
16   _____ )

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

19   Complaint, records on file, and the Report and Recommendation of the United States

20   Magistrate Judge.  Further, the Court has engaged in a de novo review of those

21   portions of the Report to which parties have objected.  The Court accepts the

22   findings and recommendation of the Magistrate Judge.

23         IT IS THEREFORE ORDERED: (1) plaintiff's cross motion for partial

24   summary judgment is denied; (2) defendants' motion for summary judgment is

25   denied as to defendants Norwood, Prieto, and Halstead, and granted as to defendant

26   / /

27   / /

28

1  McFadden; and (3) defendant Bourn's motion for summary judgment is granted.

2  Consequently, defendant McFadden and defendant Bourn are dismissed from this

3  action.

4

5  DATED:   December 19, 2014   _____

6                                             HONORABLE PHILIP S. GUTIERREZ
                                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2