UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 10-00811-SP | Date | October 4, 2016 |
| Title | *Jeremy Pinson v. Pablo Prieto, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Sheri Pym, United States Magistrate Judge |

| | |
|---|---|
| Wendy Rogers | CS RS-2 10-04-2016 |
| Relief Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Julie Shepard | Jonathan Lee |
| John Lee | Neill Tseng |
| Peter Goldschmidt | |

**Proceedings:** **Pretrial Conference; Defendant's Motion in Limine No. 1 to Exclude Dr. DiStefano's Testimony (Doc. No. 376); Defendant's Motion in Limine No. 2 to Exclude Any Evidence or Argument Regarding Possible Indemnification of Defendants (Doc. No. 377); Defendant's Motion in Limine No. 3 to Exclude Any Evidence or Argument to Evidence of OIG Investigations (Doc. No. 378); Plaintiff's Motion in Limine No. 1 to Exclude Character Evidence of Plaintiff's Alleged Bad Acts (Doc. No. 380); Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Other Litigation Activity (Doc. No. 381); Plaintiff's Motion in Limine No. 3 to Exclude Evidence Attacking Plaintiff's Transgender Status, to Allow Gender-Appropriate Civilian Clothing, and to Limit Shackling (Doc. No. 382); Defendant's Daubert Motion to Exclude Plaintiff's Expert Dr. Luigi DiStefano (Doc. No. 383); Plaintiff's Daubert Motion No. 1 to Partially Exclude Expert Testimony of D. Scott Dodrill (Doc. No. 385); Plaintiff's Daubert Motion No. 2 to Exclude Expert Testimony and Opinions of Dr. Ralph Ihle (Doc. No. 386); Plaintiff's Daubert Motion No. 3 to Partially Exclude Expert Testimony of James K. Pelton (Doc. No. 387)**

Matter is called. The motions as referenced above are called for hearing and counsel present argument. The Court rules as set forth on the record and a separate written order will be issued.

The pretrial conference is held.

Motion to exclude non-party witnesses is granted, with the exception of Mr. Dodrill, as set forth on the record.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-00811-SP | Date | October 4, 2016 |
|---|---|---|---|
| Title | *Jeremy Pinson v. Pablo Prieto, et al.* | | |

    The Courts sets a time limit of 14 hours per side for the presentation of evidence.

    The trial date of October 17, 2016, is confirmed. The parties are directed to appear at 8:30 a.m. on October 17, 2016.

|  | 5 hours | : | 38 mins |
|---|---|---|---|
| | Initials of Preparer | | wr |