REDACTED ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
OCT 25 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: WR DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, <br><br> Plaintiff, <br><br> v. <br><br> PABLO PRIETO, JOSHUA HALSTEAD, AND JOSEPH NORWOOD, <br><br> Defendants. | Case No. ED CV 10-811-SP <br><br> **VERDICT FORM** |

1

VERDICT FORM

We, the jury, find the following:

## Liability

**Question No. 1**: Do you find by a preponderance of the evidence that plaintiff Jeremy Pinson proved her claim that one or more of the following defendants deprived plaintiff of her rights under the Eighth Amendment to the Constitution?

| | | | |
|---|---|---|---|
| Pablo Prieto | YES _____ | NO | ✓ |
| Joshua Halstead | YES _____ | NO | ✓ |
| Joseph Norwood | YES _____ | NO | ✓ |

*If you answered "Yes" to Question No. 1 as to any defendant, please proceed to Question No. 2.*

*If you answered "No" to Question No. 1 as to all defendants, you are finished. Do not answer any more questions. Please go to the end and sign and date this form.*

## Damages

**Question No. 2**: What is the total amount of damages plaintiff Jeremy Pinson suffered as a result of one or more of the defendants' violation of her constitutional rights?

$ _____

*Please proceed to Question No. 3.*

**Question No. 3**: With respect to any defendant you responded "Yes" for in Question No. 1, answer the following: Do you find by a preponderance of the evidence that the defendant should be ordered to pay punitive damages to plaintiff Jeremy Pinson?

| | | |
|---|---|---|
| Pablo Prieto | YES _____ | NO _____ |
| Joshua Halstead | YES _____ | NO _____ |
| Joseph Norwood | YES _____ | NO _____ |

Dated: __10/25/2016__     By: __REDACTED__
                             Presiding Juror