JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, | Case No. ED CV 10-811-SP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PABLO PRIETO, JOSHUA HALSTEAD, and JOSEPH NORWOOD, | |
| Defendants. | |

This action came for trial before the court and a jury, the Honorable Sheri Pym, United States Magistrate Judge, presiding. The issues having been tried, the jury having rendered its verdict in favor of defendants Pablo Prieto, Joshua Halstead, and Joseph Norwood, and the court having previously dismissed defendant Federal Bureau of Prisons and granted summary judgment in favor of defendants Richard Bourn and Robert McFadden,

//
//
//

1  IT IS ORDERED AND ADJUDGED that plaintiff Jeremy Pinson take
2 nothing, and that Judgment is entered in favor of defendants.  Defendants shall
3 recover of plaintiff their reasonably incurred costs of the action pursuant to a bill of
4 costs filed in accordance with 28 U.S.C. § 1920 and Local Civil Rule 54.

7 DATED:  November 7, 2016      _____
                                SHERI PYM
                                UNITED STATES MAGISTRATE JUDGE